# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>        Plaintiff,<br><br>   vs.<br><br>VANESSA CEBALLOS,<br><br>        Defendant. | 1:14-cv-00210-BAM (PC)<br><br>ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis. On February 13, 2015, the Court dismissed the action for failure to state a cognizable claim and for failure to obey a court order. Plaintiff appealed.

On March 2, 2015, the Court of Appeals for the Ninth Circuit referred the matter back to this Court for the limited purpose of determining whether in forma pauperis status should continue for the appeal or whether the appeal is frivolous or taken in bad faith. 28 U.S.C. § 1915(a)(3).

The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, in forma pauperis status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: **March 2, 2015**            /s/ Barbara A. McAuliffe
                                                           UNITED STATES MAGISTRATE JUDGE