# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

ARCHIE CRANFORD,

          Plaintiff,

     v.

VANESSA CEBALLOS,

          Defendant.

Case No. 1:14-cv-00210-BAM (PC)

ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

(ECF No. 37)

**THIRTY (30) DAY DEADLINE**

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action. This action proceeds on Plaintiff's first amended complaint against Defendant Ceballos for deliberate indifference in violation of the Eighth Amendment.

On January 22, 2018, Defendant Ceballos filed a motion for summary judgment. Fed. R. Civ. P. 56. (ECF No. 37.) Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment. Woods v. Carey, 684 F.3d 934 (9th Cir. 2012); Rand v. Rowland, 154 F.3d 952, 957 (9th Cir.1988); Klingele v. Eikenberry, 849 F.2d 409, 411–12 (9th Cir.1988). (ECF No. 37, pp. 5–6.) Plaintiff's opposition was due within twenty-one (21) days of service of Defendant's motion.

On February 5, 2018, Plaintiff filed a two-page document entitled "Oppose Summary Judgment Opposition to Summary Judgment." (ECF No. 39.) Plaintiff states that, at the time of filing, Coalinga State Hospital was totally locked down with no movement, meaning that Plaintiff

1

lacked access to a law library and legal paper. Plaintiff requests only that the Court have mercy, and re-states his allegations regarding Defendant's deliberate indifference. (Id.) Since that filing, Plaintiff has not otherwise communicated with the Court.

In light of Plaintiff's apparent lack of access to the law library at his facility, the Court finds it appropriate to grant Plaintiff a further opportunity to file an opposition or a statement of non-opposition to Defendant's motion within **thirty (30) days**. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action or in summary judgment in favor of Defendant due to Plaintiff's failure to identify a genuine dispute as to any material fact.**

IT IS SO ORDERED.

Dated:   **March 29, 2018**             /s/ *Barbara A. McAuliffe* _
                                         UNITED STATES MAGISTRATE JUDGE