# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>        Plaintiff,<br><br>   v.<br><br>VANESSA CEBALLOS,<br><br>        Defendant. | Case No. 1:14-cv-00210-AWI-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDER<br><br>(ECF No. 41)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action. This action proceeds on Plaintiff's first amended complaint against Defendant Ceballos for deliberate indifference in violation of the Eighth Amendment.

On January 22, 2018, Defendant Ceballos filed a motion for summary judgment. Fed. R. Civ. P. 56. (ECF No. 37.) Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment. Woods v. Carey, 684 F.3d 934 (9th Cir. 2012); Rand v. Rowland, 154 F.3d 952, 957 (9th Cir.1988); Klingele v. Eikenberry, 849 F.2d 409, 411–12 (9th Cir.1988). (ECF No. 37, pp. 5–6.) Plaintiff's opposition was due within twenty-one (21) days of service of Defendant's motion.

On February 5, 2018, Plaintiff filed a two-page document entitled "Oppose Summary Judgment Opposition to Summary Judgment." (ECF No. 39.) Plaintiff states that, at the time of filing, Coalinga State Hospital was totally locked down with no movement, meaning that Plaintiff

lacked access to a law library and legal paper. Plaintiff requests only that the Court have mercy, and re-states his allegations regarding Defendant's deliberate indifference. (Id.) In light of Plaintiff's filing, the Court granted Plaintiff a further opportunity to file an opposition or statement of non-opposition to Defendant's motion for summary judgment within thirty (30) days. (ECF No. 41.) To date, Plaintiff has not complied with the Court's order, nor has he otherwise been in contact with the Court. Plaintiff will be permitted one final opportunity to show cause why this action should not be dismissed with prejudice.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN RESPONSE within **fourteen (14) days** of service of this order why this action should not be dismissed, with prejudice, for failure to obey the Court's order and for failure to prosecute. Plaintiff may comply with the Court's order by filing an opposition or statement of non-opposition to Defendant's motion for summary judgment. **Plaintiff is warned that if he fails to comply with the Court's order, this matter will be dismissed with prejudice.**

IT IS SO ORDERED.

Dated: **May 10, 2018**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE